United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 17-12941-amc
Michael E. Van Thuyne                                       Chapter 7
Phyllis Van Thuyne
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD            Page 1 of 2              Date Rcvd: Mar 14, 2018
                              Form ID: 210U             Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
```
db/jdb         +Michael E. Van Thuyne,   Phyllis Van Thuyne,   48 Bridle Path Lane,
                Feasterville, PA 19053-6317
13907943        American Express,   PO Box 1270,   Newark, NJ 07101-1270
13968609        American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
13907944        Bank of America,   P.O. Box 15019,   El Paso, TX 79998-2235
13907946        Citi Cards,   PO Box 9001037,   Louisville, KY 40290-1037
13907947        Discover,   PO Box 742655,   Cincinnati, OH 45274-2655
13961119       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC,   ATTN: Bankruptcy Department,
                P.O. Box 619096,   Dallas, TX 75261-9741)
13937054       +NATIONSTAR MORTGAGE LLC,   c/o MATTEO SAMUEL WEINER,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13907948       +National Loan Investors,   5619 N. Classen,   Oklahoma City, OK 73118-4015
13948923       +National Loan Investors, L.P.,   5619 N Classen Blvd,   Oklahoma City OK 73118-4015
13907949        Nationstar Mortgage, LLC,   PO Box 619063,   Dallas, TX 75261-9063
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 15 2018 01:48:59     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2018 01:48:31
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2018 01:48:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: Smarkunas@thebeneficial.com Mar 15 2018 01:49:24     Beneficial Bank,
                1818 Market Street,   Philadelphia, PA 19103-3628
13907945       +E-mail/Text: Smarkunas@thebeneficial.com Mar 15 2018 01:49:24     Beneficial,
                1818 Market Street,   Philadelphia, PA 19103-3638
13956236        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2018 01:52:25
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13941090        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2018 01:48:31
                Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
                Harrisburg P A 17128-0946
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
```
          CHRISTINE LEIGH BARBA   on behalf of Creditor    Beneficial Bank barbac@ballardspahr.com
          JON M. ADELSTEIN    on behalf of Plaintiff Phyllis  Van Thuyne jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Plaintiff Michael E. Van Thuyne jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
```

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Mar 14, 2018
                               Form ID: 210U               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JON M. ADELSTEIN    on behalf of Debtor Michael E. Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        JON M. ADELSTEIN    on behalf of Joint Debtor Phyllis  Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                           TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Michael E. Van Thuyne and Phyllis Van Thuyne         Case No: 17−12941−amc

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 3/14/18

For The Court

Timothy B. McGrath
Clerk of Court

25
Form 210U