**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  MICHAEL E. VAN THUYNE AND : | |
| PHYLLIS VAN THUYNE : | BKY NO. 17-12941 |
| : | |
| DEBTORS : | CHAPTER 7 |

**STATEMENT PURSUANT TO 11 U.S.C. SECTION 329**

Jon M. Adelstein Esquire, Attorney for Debtors, hereby files this Statement Pursuant to 11 U.S.C. Section 329 and represents as follows:  that in addition to the retainer as disclosed in the 2016(b) Disclosure of Compensation, the Debtors have paid the Law Firm of Adelstein & Kaliner, LLC the sum of $525.00 for Chapter 7 services, of which $25.00 was the conversion fee.

/s/Jon M. Adelstein
Jon M. Adelstein, Esquire
**ADELSTEIN & KALINER, LLC**
350 S. Main Street Suite 105
Doylestown, PA 18901
(215) 230-4250
Attorney for Debtors