United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-12941-amc
Michael E. Van Thuyne                                                Chapter 7
Phyllis Van Thuyne
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: May 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db/jdb         +Michael E. Van Thuyne,   Phyllis Van Thuyne,   48 Bridle Path Lane,
                Feasterville, PA 19053-6317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
          CHRISTINE LEIGH BARBA    on behalf of Creditor    Beneficial Bank barbac@ballardspahr.com
          JON M. ADELSTEIN    on behalf of Joint Debtor Phyllis   Van Thuyne jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Plaintiff Phyllis   Van Thuyne jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Plaintiff Michael E. Van Thuyne jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Debtor Michael E. Van Thuyne jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Phyllis Van Thuyne aka Phyllis Maher<br>Michael E. Van Thuyne<br>　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| NATIONSTAR MORTGAGE LLC<br>　　　　　　　　　　Movant<br>　　vs.  | NO. 17-12941 AMC |
| Phyllis Van Thuyne aka Phyllis Maher<br>Michael E. Van Thuyne<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 9th day of May, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 48 Bridle Path Lane, Feasterville Trevose, PA 19053 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Phyllis Van Thuyne aka Phyllis Maher
48 Bridle Path Lane
Feasterville, PA 19053

Michael E. Van Thuyne
48 Bridle Path Lane
Feasterville, PA 19053

Jon M. Adelstein, Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

Robert H. Holber
41 East Front Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532