*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Michael E. Van Thuyne and Phyllis Van Thuyne : Case No. 17–12941–amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , 9th of July 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Ashely M. Chan
        Judge , United States Bankruptcy Court