United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael E. Van Thuyne
Phyllis Van Thuyne
    Debtors

Case No. 17-12941-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Jul 09, 2018
Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.
db/jdb     +Michael E. Van Thuyne,   Phyllis Van Thuyne,   48 Bridle Path Lane,   Feasterville, PA 19053-6317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:
     CHRISTINE LEIGH BARBA   on behalf of Creditor   Beneficial Bank barbac@ballardspahr.com
     JON M. ADELSTEIN   on behalf of Joint Debtor Phyllis Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
     JON M. ADELSTEIN   on behalf of Plaintiff Phyllis Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
     JON M. ADELSTEIN   on behalf of Plaintiff Michael E. Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
     JON M. ADELSTEIN   on behalf of Debtor Michael E. Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
     KEVIN G. MCDONALD   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
     MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
     REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
     ROBERT H. HOLBER   trustee@holber.com, rholber@ecf.epiqsystems.com
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Michael E. Van Thuyne and Phyllis Van Thuyne  : Case No. 17−12941−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , 9th of July 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

41
Form 195