United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12941-amc
Michael E. Van Thuyne                                                     Chapter 7
Phyllis Van Thuyne
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Jul 09, 2018
                              Form ID: 318            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db/jdb         +Michael E. Van Thuyne,    Phyllis Van Thuyne,    48 Bridle Path Lane,
                 Feasterville, PA 19053-6317
13907944        Bank of America,    P.O. Box 15019,    El Paso, TX 79998-2235
13907946        Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
13907947        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
13961119       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
13907948       +National Loan Investors,    5619 N. Classen,    Oklahoma City, OK 73118-4015
13948923       +National Loan Investors, L.P.,    5619 N Classen Blvd,    Oklahoma City OK 73118-4015
13907949        Nationstar Mortgage, LLC,    PO Box 619063,    Dallas, TX 75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRHHOLBER.COM Jul 10 2018 07:48:00      ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg             E-mail/Text: megan.harper@phila.gov Jul 10 2018 06:01:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2018 06:01:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 10 2018 06:01:37      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13907943        EDI: AMEREXPR.COM Jul 10 2018 07:48:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
13968609        EDI: BECKLEE.COM Jul 10 2018 07:48:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
13907945       +E-mail/Text: Smarkunas@thebeneficial.com Jul 10 2018 06:01:46      Beneficial,
                 1818 Market Street,    Philadelphia, PA 19103-3638
13956236        EDI: RESURGENT.COM Jul 10 2018 07:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13941090        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2018 06:01:31
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A  17128-0946
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              CHRISTINE LEIGH BARBA    on behalf of Creditor    Beneficial Bank barbac@ballardspahr.com
              JON M. ADELSTEIN    on behalf of Plaintiff Phyllis  Van Thuyne jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Plaintiff Michael E. Van Thuyne jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com

```
District/off: 0313-2          User: YvetteWD             Page 2 of 2                  Date Rcvd: Jul 09, 2018
                              Form ID: 318               Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JON M. ADELSTEIN    on behalf of Debtor Michael E. Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
         JON M. ADELSTEIN    on behalf of Joint Debtor Phyllis  Van Thuyne jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
         KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                  TOTAL: 10

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael E. Van Thuyne** | Social Security number or ITIN | **xxx–xx–3621** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Phyllis Van Thuyne** | Social Security number or ITIN | **xxx–xx–9702** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | | |
| Case number:  **17–12941–amc** | | | |

# Order of Discharge                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael E. Van Thuyne                                           Phyllis Van Thuyne
                                                                aka Phyllis Maher

7/9/18                                                          **By the court:**  Ashely M. Chan
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318             **Order of Discharge**             page 2